**Clayton E. YOUNG, Plaintiff— Appellant,**

v.

**Stephanie BARTHLOW, Facility Administrator; Jack Cragway, Warden; Sally Davis, Head Case Manager; Dennis Lagentry, Case Manager; Teresa Laviano, Case Manager, Defendants—Appellees.**

No. 08–6003.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 21, 2008.

Decided: Feb. 27, 2008.

Clayton E. Young, Appellant Pro Se. Rex Schultz Gordon, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before MOTZ and GREGORY, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clayton E. Young appeals the district court's order granting summary judgment to defendants on his complaint that alleged violations of the Americans With Disabilities Act, 42 U.S.C. § 12101 (2000), and the Rehabilitation Act, 29 U.S.C. § 504 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Young v. Barthlow,* No. 8:07–cv–00662– RWT (D.Md. Nov. 7, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*